# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PETITIONER FOR WRIT OF HABEAS CORPUS,<br><br>　　　　Respondent. | Case No. 1:16-cv-00612-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in the California State Prison, Corcoran, California. As a result, David Davey, Warden of California State Prison, Corcoran, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of David Davey, Warden, California State Prison, Corcoran, as Respondent.

IT IS SO ORDERED.

Dated: **June 2, 2016**　　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1