UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER,<br><br>　　　　　Petitioner,<br><br>v.<br><br>DAVE DAVEY, Warden,<br><br>　　　　　Respondent. | CASE NO. 1:16-cv-000612-LJO-SKO  HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR SANCTIONS<br><br>(Doc. 14) |

　　　　On August 1, 2016, Respondent filed an *ex parte* motion for a 60-day extension of time to file a response to the petition for writ of habeas corpus.  By declaration, Respondent's counsel stated that due to the complexity of Petitioner's claims, which appear to address both his 2010 denial of parole and his original conviction,  she required additional time to prepare a response.  On August 2, 2016, the Court granted the requested extension of time for good cause shown.  On August 11, 2016, Petitioner moved for the imposition of sanctions for Respondent's "refusal" to file a timely answer.  The Court denies Petitioner's motion.

　　　　Pursuant to F.R.Civ.P. 6(b), when a request for extension is made before the date on which the response is due to be filed with the Court, the Court may extend the time for good cause.  In this case, Respondent's counsel set forth delays caused by her office's uncertainties in determining the nature of Petitioner's claims in its assignment of the case to the proper section of the office.  These issues, supported by the attorney's declaration, constitute good cause for the extension of time.

　　　　Petitioner's motion for sanctions is hereby DENIED.

IT IS SO ORDERED.

Dated:   **August 12, 2016**　　　　　　　　　　　／s／ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28