UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY TYRONE FOSTER,** | 1:16-cv-00612 LJO SKO (HC) |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| **DAVID DAVEY,** | |
| Defendant. | |

On the basis of good cause, and pursuant to 28 U.S.C. § 47 (disqualification of trial judge to hear appeal), U.S. District Judge Lawrence J. O'Neill recuses himself from this case and DIRECTS this Court's clerk to reassign another district judge. Upon reassignment, all papers shall bear the new case number with the new district judge's initials. Judge O'Neill will take no further action in this case.

IT IS SO ORDERED.

Dated:   **August 15, 2016**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE

1